IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATHAN ALLEN ARMSTRONG,   )
        Plaintiff,   )
           )   Civil Action No. 07-141 Erie
    v.   )
           )
MARILYN S. BROOKS, et al.,   )
        Defendants.   )

## MEMORANDUM ORDER

      This civil rights action was received by the Clerk of Court on June 4, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

      The Magistrate Judge's oral Report and Recommendation [Doc. No. 18], entered on the record on August 16, 2007, recommended that Plaintiff's motion for temporary restraining order [Doc. No. 13] be denied. The parties were allowed ten (10) days from the date of service to file objections. No objections were filed. After de novo review of the motion and documents in the case, as well as the transcript of the hearing on Plaintiff's motion for temporary restraining order, and together with the Report and Recommendation, the following order is entered:

      AND NOW, this 7th day of September, 2007;

      IT IS HEREBY ORDERED that Plaintiff's motion for temporary restraining order [Doc. No. 13] is DENIED.

      The oral Report and Recommendation [Doc. No. 18] of Magistrate Judge Baxter, entered on the record on August 16, 2007, is adopted as the opinion of the Court.

                                         s/   Sean J. McLaughlin
                                             United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge